# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the
in Government Act of 197
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Crane, Robert R | 2. Court or Organization S.D. Texas -- McAllen Division | 3. Date of Report 5/11/2004 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address The Bentsen Tower 1701 W. Bus. Hwy. 83, Ste. 928 McAllen, Texas 78501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1. Officer and Director | American Cancer Society -- Upper Valley Unit |
| 2. | 2. Custodian | Trust #1 |
| 3. | 3. Custodian | Trust #2 |
| | 4. Custodian | Trust #3 |
| | 5. Partner | Crane Family Partnership |
| 6. | 6. U.S. District Judge | U.S. Courts |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | ABA Members Retirement Plan (Atlas & Hall, L.L.P.'s KEOGH plan, no control) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Crane Family Partnership | |

RECEIVED
DISCLOSURE FINANCIAL OFFICE
May 17 11 40 AM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Crane, Robert R | 5/11/2004 |

## IV. REIMBURSEMENTS -- transportation. lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crane, Robert R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS
-- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1. Greenwood Trust | C | Interest | J | T | | | | | |
| 2. Security 1st Federal C.U. | A | Interest | K | T | | | | | |
| 3. Trust #1 | A | Interest | J | T | | | | | |
| 4. Trust #2 | A | Dividend | L | T | | | | | |
| 5. -- Alliance Inst. Reserves | | | | | | | | | |
| 6. -- QQQ | | | | | | | | | |
| 7. -- North East ISD Bonds | | | . | | | | | | |
| 8. -- RBCGX | | | | | | | | | |
| 9. Trust #3 | A | Interest | J | T | | | | | |
| 10. Texas State Bank (IRAs) (CDs) | A | Interest | M | T | | | | | |
| 11. Penson Financial Sevices | B | Dividend | L | T | | | | | |
| 12. --Alliance Municipal Money Mkt | | | | | | | | | |
| 13. -- QQQ | | | | | | | | | |
| 14. -- LUV | | | | | | | | | |
| 15. -- CWGIX | | | | | | | | | |
| 16. ABA Members Retirement | D | Dividend | M | T | | | | | |
| 17. Crane Family Partnership | E | Earnings | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500.001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Crane, Robert R | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date    S-10-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544